IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GLEN SPEARING MATTHEWS,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-296 (MTT) |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 12) that the Petitioner's request for a writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 be dismissed. The Recommendation is based on this Court's lack of jurisdiction: Section 2241 petitions must be brought in the district court for the district in which the inmate is incarcerated. *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991). The Petitioner is incarcerated at the Federal Correctional Complex in Coleman, Florida. He filed an Objection (Doc. 13) to the Recommendation but did not address the jurisdictional issue.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Petitioner's objection. However, the Court agrees that it cannot exercise jurisdiction over this matter. If the Petitioner so desires, he may file this petition in the United States District Court for the Middle District of Florida.

Accordingly, the Recommendation is adopted and made the **ORDER** of this Court.  The petition is **dismissed without prejudice**.

**SO ORDERED**, this 20th day of November, 2012.

                                          S/ Marc T. Treadwell
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT